# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Domenico, Daniel D. | District of Colorado | 07/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Arraj Federal Courthouse
901 19th Street
Denver, CO 80294

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | District Judge | U.S. District Court, District of Colorado |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Domenico, Daniel D. | 07/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Self-employed - fundraising consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Domenico, Daniel D. | 07/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Domenico, Daniel D.** | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Elevations Credit Union cash accounts | A | Interest | M | T | | | | | |
| 2. Compass Bank personal cash accounts | A | Interest | K | T | | | | | |
| 3. Compass Bank corp cash accounts | A | Interest | M | T | | | | | |
| 4. American Heritage Bank cash account | A | Interest | L | T | | | | | |
| 5. US Senate Federal Credit Union cash accounts | A | Int./Div. | L | T | | | | | |
| 6. US Senate Federal Credit Union IRA cash equivalent | A | Interest | J | T | | | | | |
| 7. Elevations Credit Union IRA - CD | A | Interest | J | T | | | | | |
| 8. Edward Jones money market cash account | A | Interest | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. Rental Property, Denver, Colorado | E | Rent | N | W | | | | | |
| 11. | | | | | | | | | |
| 12. PERA 401(k) (H) | | | | | | | | | |
| 13. PERAdvantage Capital Pres Fund | | None | J | T | | | | | |
| 14. PERAdvantage Fixed Income Fund | | None | K | T | | | | | |
| 15. PERAdvantage US Large Cap Stock Fund | | None | M | T | | | | | |
| 16. PERAdvantage Intl Stock Fund | | None | K | T | | | | | |
| 17. PERAdvantage Sm Mid Cap Fund | | None | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Domenico, Daniel D. | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | | | | | |
| 19. Scholar's Choice College 529 Age based option 13-15 Class A | | None | K | T | | | | | |
| 20. | | | | | | | | | |
| 21. College Invest 529 Plan #1 (H) | | | | | | | | | |
| 22. Aggressive Age-based option: Conservative Growth portfolio | | None | | | Sold | 02/05/20 | L | | |
| 23. Moderate Age-based option: Moderate Growth portfolio | | None | | | Sold | 02/05/20 | L | | |
| 24. Aggressive Age-Based Option: 37.5% Stock/62.5% Bond Portfolio | | None | L | T | Buy | 02/05/20 | L | | |
| 25. Moderate Age-Based Option: 12.5% Stock/87.5% Bond Portfolio | | None | K | T | Buy | 02/05/20 | K | | |
| 26. | | | | | | | | | |
| 27. College Invest 529 Plan #2 (H) | | | | | | | | | |
| 28. Aggressive Age-Based option: Moderate growth portfolio | | None | L | T | | | | | |
| 29. Moderate Age-Based option: Conservative growth portfolio | | None | K | T | | | | | |
| 30. | | | | | | | | | |
| 31. AQP Capital Partners II LLC | B | Dividend | K | U | | | | | |
| 32. Westfield-Pecos, LLLP | | None | L | U | | | | | |
| 33. Sequoia Fund | A | Dividend | J | T | | | | | |
| 34. Wal-Mart Stores Inc. stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Domenico, Daniel D. | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citigroup Inc. New stock | A | Dividend | J | T | | | | | |
| 36. Pfizer Inc. stock | B | Dividend | K | T | | | | | |
| 37. Invesco Muni Inc. Fund A | A | Dividend | K | T | | | | | |
| 38. Viatris Inc. | | None | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. Edward Jones IRA #1 (H) | | | | | | | | | |
| 41. Invesco American Franchise Fund | A | Dividend | J | T | | | | | |
| 42. Invesco Comstock Fund | A | Distribution | J | T | | | | | |
| 43. Invesco Growth & Income Fund | A | Distribution | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. Edward Jones IRA #2 (H) | | | | | | | | | |
| 46. Edward Jones Money Market Cash/Sweep account | A | Interest | J | T | | | | | |
| 47. Federated Govt Obl Fund | A | Dividend | J | T | Buy (add'l) | 07/21/20 | J | | |
| 48. Franklin Dynatech Fund Adv | | None | J | T | Sold (part) | 07/21/20 | J | A | |
| 49. Franklin Mutual Global Disc Fund | A | Dividend | K | T | Buy (add'l) | 03/16/20 | J | | |
| 50. Invesco Diversified Div Fund | A | Dividend | K | T | | | | | |
| 51. Invesco Small Cap Equity Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Domenico, Daniel D. | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Janus Henderson Flex Bond Fund | A | Dividend | K | T | Sold<br>(part) | 03/16/20 | J | A | |
| 53. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 54. JP Morgan Midcap Value Fund | B | Dividend | J | T | Buy<br>(add'l) | 03/16/20 | J | | |
| 55. MFS High Income Fund | A | Dividend | J | T | | | | | |
| 56. MFS Int'l Div Fund | A | Dividend | K | T | | | | | |
| 57. MFS Growth Fund | A | Dividend | J | T | | | | | |
| 58. Invesco Oppenheimer Int'l Small-Mid Co Fund | A | Dividend | J | T | | | | | |
| 59. Ishares Core S&P Growth ETF Fund | A | Dividend | K | T | Sold<br>(part) | 07/21/20 | J | A | |
| 60. Ishares Core US Aggregate Bond ETF Fund | A | Dividend | J | T | Sold<br>(part) | 03/16/20 | J | A | |
| 61. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 62. Ishares Russell Midcap Growth Fund ETF Fund | A | Dividend | J | T | | | | | |
| 63. SPDR S&P 500 ETF Depositary Fund | A | Dividend | K | T | | | | | |
| 64. SPDR S&P Divid ETF Fund | A | Dividend | K | T | Buy<br>(add'l) | 07/21/20 | J | | |
| 65. | | | | | | | | | |
| 66. Edward Jones SEP #1 (H) | | | | | | | | | |
| 67. Edward Jones Money Market Cash/Sweep account | A | Interest | J | T | | | | | |
| 68. American Europacific Growth F3 Fund | A | Dividend | K | T | Sold<br>(part) | 05/21/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Domenico, Daniel D. | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. American Int'l Growth & Inc. | A | Distribution | K | T | Buy | 05/21/20 | K | | |
| 70. Dimensional DFA Int'l Value Fund | B | Dividend | K | T | Buy<br>(add'l) | 04/03/20 | J | | |
| 71. Dimensional Emerg Mkts Val Fund | A | Dividend | K | T | Buy<br>(add'l) | 04/3/20 | J | | |
| 72. | | | | | Sold<br>(part) | 05/21/20 | J | A | |
| 73. Dodge & Cox Stock Fund | C | Dividend | L | T | Buy<br>(add'l) | 04/03/20 | J | | |
| 74. Eaton Vance Atlanta Cap SMID Fund | C | Dividend | K | T | | | | | |
| 75. Harbor International Fund | A | Dividend | K | T | | | | | |
| 76. Invesco Global Real Estate Fund | A | Dividend | J | T | Buy<br>(add'l) | 04/03/20 | J | | |
| 77. John Hancock Disc Val Fund | A | Dividend | L | T | Buy<br>(add'l) | 04/03/20 | J | | |
| 78. JPMorgan Core Bond Cl I Fund | B | Dividend | K | T | Sold<br>(part) | 03/06/20 | K | B | |
| 79. | | | | | Sold<br>(part) | 04/03/20 | K | A | |
| 80. | | | | | Sold<br>(part) | 05/21/20 | J | A | |
| 81. JPMorgan Fed Money Mkt fund | A | Dividend | J | T | Buy<br>(add'l) | 04/03/20 | J | | |
| 82. MFS Massachusetts INV Gwth Stk R6 Fund | D | Dividend | M | T | Sold<br>(part) | 04/03/20 | J | A | |
| 83. | | | | | Buy<br>(add'l) | 05/21/20 | K | | |
| 84. | | | | | Buy<br>(add'l) | 05/21/20 | J | | |
| 85. Natixis Core Plus Bond | B | Dividend | K | T | Sold<br>(part) | 04/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Domenico, Daniel D. | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. PIMCO High Yield Fund Instl Cl Fund | A | Dividend | K | T | Sold (part) | 04/03/20 | J | A | |
| 87. | | | | | Buy (add'l) | 05/21/20 | J | | |
| 88. Principal Midcap Fund | A | Distribution | K | T | Buy | 05/21/20 | K | | |
| 89. T Rowe Price Equity Inc Fund | B | Dividend | L | T | Buy (add'l) | 04/03/20 | J | | |
| 90. T Rowe Price Int'l Stock Fund | A | Dividend | K | T | Sold (part) | 04/03/20 | J | A | |
| 91. | | | | | Sold (part) | 05/21/20 | K | B | |
| 92. T Rowe Price Emerging Markets Fund | A | Dividend | J | T | Buy | 03/06/20 | K | | |
| 93. | | | | | Sold (part) | 04/03/20 | J | A | |
| 94. T Rowe Price Div Growth Fund | A | Dividend | K | T | Sold (part) | 04/03/20 | J | A | |
| 95. TIAA CREF Mid Fund | | None | | | Buy (add'l) | 04/03/20 | J | | |
| 96. | | | | | Sold | 05/21/20 | K | A | |
| 97. Victory Sycamore Small Co Cl I Fund | A | Dividend | L | T | Buy (add'l) | 04/03/20 | J | | |
| 98. | | | | | | | | | |
| 99. Edward Jones IRA #3 (H) | | | | | | | | | |
| 100. IShares Core S&P Tot US Stock ETF Fund | A | Dividend | J | T | | | | | |
| 101. Schwab Strategic US Mid Cap ETF Fund | A | Dividend | J | T | | | | | |
| 102. Schwab US Agg Bond ETF Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Domenico, Daniel D.** | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Schwab US Large Cap ETF Fund | A | Dividend | J | T | | | | | |
| 104. Schwab US Small Cap ETF Fund | A | Dividend | J | T | | | | | |
| 105. Vanguard Int'l Eq ETF Fund | A | Dividend | J | T | | | | | |
| 106. T Rowe Price US Treas Fund | A | Dividend | J | T | | | | | |
| 107. Edward Jones Money Market Cash/Sweep account | A | Interest | J | T | | | | | |
| 108. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Domenico, Daniel D.** | 07/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Domenico, Daniel D. | 07/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel D. Domenico**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544